```
CATHERINE M. CORFEE, SBN 155064
CORFEE STONE & ASSOCIATES
5441 FAIR OAKS BOULEVARD, SUITE B-1
CARMICHAEL, CA 95608
TELEPHONE:   (916) 487-5441
FACSIMILE:   (916) 487-5440
```

Attorneys for Defendant
SBM FOOD CORP. dba POPEYE'S and
MASSIE AND COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ )<br>)<br>           Plaintiff, )<br>)<br>   vs. )<br>)<br>SBM FOOD CORP. dba POPEYE'S; )<br>MASSIE AND COMPANY )<br>)<br>           Defendants )<br>_____ ) | Case No.: 05-CV-01251-WBS-JFM<br><br>NOTICE AND SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Defendant, Massie and Company, substitutes Catherine Corfee of Corfee Stone & Associates, 5441 Fair Oaks Blvd, Suite B-1, Carmichael, CA 95608, (916) 487-5441 as its attorney of record in this action in the place of Julie Raney of McDonough Holland & Allen.

Date:   September ___, 2005      _____
                                  Mike Partington
                                  Authorized Representative of Massie and Company

I accept this substitution.

Date:   September ___, 2005      _____
                                  Catherine M. Corfee
                                  Corfee Stone & Associates

I consent to the above substitution.

Date:   September ___, 2005      _____
                                  Julie Raney
                                  McDonough Holland & Allen

1
2    **ORDER**
3
4      IT IS HEREBY ORDERED that Catherine M. Corfee of Corfee Stone & Associates will
5    substitute in for Julie Raney of McDonough Holland & Allen as attorney for Defendant Massie
6    & Co.
7    Dated:  September 19, 2005
8
9                                            _____
10                                           WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28