LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
(530) 895-3252

Attorney for Plaintiff

CATHERINE M. CORFEE
CORFEE STONE & ASSOCIATES
5441 FAIR OAKS BLVD., STE B-1
CARMICHAEL, CA 95608
(916) 487-5441

Attorney for Defendant

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No.  CIV.S-05-1251 WBS JFM |
| Plaintiff, | |
| vs. | **STIPULATION RE: EXTENSION OF EXPERT DISCLOSURE** |
| SBM FOOD CORP. dba POPEYE'S; MASSIE AND COMPANY, | |
| Defendants. | |

1  Whereas, the parties just received the court's Scheduling Order dated
2  September 19th, 2005;
3  Whereas, the court ordered expert disclosures to occur on December 1,
4  2005;
5  Whereas, the tenant in this matter has not yet appeared. In order for
6  plaintiff to designate experts, he needs an opportunity to inspect the subject
7  facility. Until the tenant has appeared, we are unable to serve him with a Rule 34
8  request;
9  Whereas, the parties would like at least 60 days to discuss the possibility
10  of settlement, prior to engaging in written discovery.
11  Therefore, IT IS HEREBY STIPULATED by and between the parties,
12  through their counsel of record, to extend expert disclosure for 60 days to
13  provide counsel for both parties enough time to engage in settlement
14  negotiations, and have the landlord appear, without incurring the cost of
15  retaining experts.
16  The parties respectfully request that the Court allow the extension on
17  experts disclosures with all other dates remaining the same pursuant to the
18  scheduling order.
19  /
20  /
21  /
22  /
23  *Signatures to follow on next page*
24  /
25  /
26  /
27  /
28

DATED:  September 29, 2005          LAW OFFICES OF LYNN HUBBARD

                                     /s/ Scottlynn Hubbard, IV
                                    SCOTTLYNN J. HUBBARD, IV
                                    Attorneys for Plaintiff

DATED: September 29, 2005           CATHERINE M. CORFEE


                                    *Signature on file*
                                    CORFEE STONE & ASSOCIATES
                                    Attorney for Defendant

IT IS HEREBY ORDERED that date for disclosure of expert witnesses is extended to February 1, 2006.  In all other respects the scheduling order of September 19, 2005 remains in full force and effect.

Dated:  October 3, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE